IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY SHELTON | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-3990 |
| | : | |
| C.O. MARTIN, et al., | : | |
| *Defendants.* | | |

# **ORDER**

AND NOW, this 19th day of November, 2019, upon consideration of Plaintiff Rodney Shelton's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**